IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT FELTS,
    Petitioner,

v.

MICHAEL WENEROWICZ, et al.,
    Respondents.

CIVIL ACTION

NO. 10-0438

## ORDER

PETRESE B. TUCKER, J.

AND NOW, this 2nd day of June, 2010, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* and the Motion to Stay, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

    i.    The Report and Recommendation is APPROVED and ADOPTED.

    ii.    The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

    iii.    The Motion to Stay is DENIED with prejudice.

    iv.    There is no probable cause to issue a certificate of appealability.

    v.    The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

*(signature)*
PETRESE B. TUCKER, J.