IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FELTS,<br>　　　Petitioner, | : | CIVIL ACTION |
| v. | : | |
| MICHAEL WENEROWICZ, et al.,<br>　　　Respondents. | : | NO. 10-0438 |

## ORDER

PETRESE B. TUCKER, J.

　　　AND NOW, this 22nd day of June, 2010, upon careful and independent consideration of the petition for Writ of *Habeas Corpus* and the Motion to Stay, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

　　　i.　The Report and Recommendation is APPROVED and ADOPTED.

　　　ii.　The petition for Writ of *Habeas Corpus* is DENIED with prejudice.

　　　iii.　The Motion to Stay is DENIED with prejudice.

　　　iv.　There is no probable cause to issue a certificate of appealability.

　　　v.　The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
PETRESE B. TUCKER, J.